IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.: 3:25-cr-88-KDB |
| v. | **BILL OF INDICTMENT** |
| ERIK ANTONIO LOPEZ-HERNANDEZ | Violation: 8 U.S.C. § 1326(a) |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Illegal reentry by alien)*

On or about February 11, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

ERIK ANTONIO LOPEZ-HERNANDEZ,

being an alien, was found in the United States after having been removed therefrom on or about July 31, 2023, at or near El Paso, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

███████████████

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ David W. Kelly*
DAVID W. KELLY
ASSISTANT UNITED STATES ATTORNEY