Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ⚪ YES  ⦿ NO     **DOCKET NUMBER:** 3:25-CR-88

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs ERIK ANTONIO LOPEZ-HERNANDEZ

**COUNTY OF OFFENSE** : Mecklenburg

**RELATED CASE INFORMATION** :

- Magistrate Judge Case Number :
- Search Warrant Case Number :
- Miscellaneous Case Number :
- Rule 20b :

**SERVICE OF PROCESS** : Arrest warrant

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ⚪ Petty  ⚪ Misdemeanor  ⦿ Felony

8 U.S.C. §1326(a)  and  18 U.S.C. § 922(g)(5)

**JUVENILE:** ⚪ Yes  ⦿ No

**ASSISTANT U. S. ATTORNEY** : David W. Kelly

**VICTIM/WITNESS COORDINATORS:** N/A

**INTERPRETER NEEDED** : Yes

**LIST LANGUAGE AND/OR DIALECT:** Spanish

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)