# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. ERIK ANTONIO LOPEZ-HERNANDEZ

Case Number: 3:25-cr-88-KDB ---- First Superseding Bill of Indictment

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 8 USC 1326(a) | | Max. 2 years in prison, $250,000 fine, and up to 1 year of supervised release. |
| 2 | 18 USC 922(g)(5) | | Max. 15 years in prison, $250,000 fine, and up to 3 years of supervised release. |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☐ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☐ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☐ NO
\* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH

☐ DISCHARGE