UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25-CR-88 |
|---|---|---|
| v. | ) | |
| | ) | APPLICATION FOR |
| | ) | WRIT OF HABEAS CORPUS |
| ERIK ANTONIO LOPEZ-HERNANDEZ | ) | AD PROSEQUENDUM |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for:

| Name: | Erik Antonio Lopez-Hernandez |
|---|---|
| Also known as: | Erick Lopez-Hernandez |
| Offender#: | PID# 516377 |
| Race: | Hispanic |
| Birth Year: | 2003 |

who is presently detained in the __Mecklenburg County Jail__, to make an appearance before the Court in the Western District of North Carolina on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

Movant further prays that the United States Marshals Service shall return the defendant to the __Mecklenburg County Jail__, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

Respectfully submitted January 27, 2026

RUSS FERGUSON
UNITED STATES ATTORNEY

*/s/ David W. Kelly*

David W. Kelly
Assistant United States Attorney
NC State Bar No. 32769
227 West Trade Street, Suite 1650
Charlotte, NC 28202
704-344-6222
david.kelly6@usdoj.gov