Revised 6/7/25 - NCWD

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:25-CR-00088-KDB-SCR |
| ) | |
| v. ) | |
| ) | WRIT OF HABEAS CORPUS |
| ERIK ANTONIO LOPEZ-HERNANDEZ ) | AD PROSEQUENDUM |
| ) | |
| ) | |

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshals, Western District of North Carolina,
TO: Mecklenburg County Jail, 801 E. 4th Street, Charlotte, NC 28202

**IT IS ORDERED** that you have the body of Erik Antonio Lopez-Hernandez, a/k/a Erick Lopez-Hernandez, PID# 516377, Hispanic Male, Birth Year: 2003, detained in your facility, under safe and secure conduct, brought before the Honorable Omar Aboulhosn, United States Magistrate Judge, for proceedings on or before  2/23/2026  at  10:00 am , to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return the defendant to the Mecklenburg County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

**SO ORDERED.**

Signed: January 27, 2026

*Susan C. Rodriguez*
Susan C. Rodriguez
United States District Judge