IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK ANTONIO LOPEZ-HERNANDEZ<br><br>Defendant. | 3:25-CR-88 |

### UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Erik Antonio Lopez-Hernandez, by and through his counsel of record, Steven Slawinski, Assistant Federal Public Defender, respectfully requests that this Court continue the time for commencement of trial and requests an extension of time for of all pretrial motions deadlines in this case. As grounds therefore, it is averred:

1. Lopez-Hernandez was only arraigned on February 23, 2026, on a two-count indictment charging him with violating 8 U.S.C. 1326 (a), unlawfully returning to the United States after being deported, and 18 U.S.C. 922 (g)(5), being an alien in possession of a firearm.

1. Lopez-Hernandez was subsequently held in pretrial custody.

2. This case is currently scheduled for a Docket Call on March 2, 2026, before this Court.

3. Initial discovery has not yet been provided to counsel, and I will need additional time to review it with Lopez-Hernandez, who is now detained in another state. Also, more time is needed to discuss this case and potentially reach a resolution that would obviate the need for a trial.

1

4. The government does not oppose this motion.

**WHEREFORE**, Erik Antonio Lopez-Hernandez respectfully requests that the time of his trial be continued to this Court's next Criminal Term.

Respectfully submitted,

*/s/ Steven Slawinski*
Steven Slawinski
N.C. Bar No. 38956
Assistant Federal Public Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: Steven_slawinski@fd.org

Dated: February 27, 2026