FILED
Charlotte
Mar 02 2026
U.S. District Court
Western District of N.C.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of North Carolina

RECEIVED
**UNITED STATES MARSHAL**
**2:09 pm, Apr 16 2025**
**WESTERN NORTH CAROLINA CHARLOTTE**

United States of America
v.

)
)
)
)
)
)

Case No.   3:25-CR-88-KDB

Erik Antonio Lopez-Hernandez

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Erik Antonio Lopez-Hernandez                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  8 U.S.C. §1326 (a) - Illegal Re-entry

Date:     04/15/2025

_____
Issuing officer's signature

City and state:     Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)*  4-16-25  , and the person was arrested on *(date)*  2/23/26
at *(city and state)*  Charlotte, NC.

Date:  2/23/26

_____
Arresting officer's signature

Trevor Lumadue, DUSM
*Printed name and title*